IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANTHONY YUMA DUNCAN, § | | |
| Dall. Cnty. Jail Bookin No. 23020480, § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| V. § | No. 3:23-cv-2058-N | |
| § | | |
| FELICIA RESENDEZ, ET AL., § | | |
| § | | |
| Defendants. § | | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 24th day of June, 2024.

_____
DAVID C. GODBEY
CHIEF UNITED STATES DISTRICT JUDGE